UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
MALIBU MEDIA, LLC,

                      Plaintiff(s),                    <u>ORDER</u>

     -against-                               CV 12-1156 (JFB) (ETB)

JOHN DOES 1-13,

                      Defendant(s).
----------------------------------------------------------------------X

      Pending a decision on the John Doe <u>pro se</u> motion, filed on April 26, 2012, to "Dismiss/Sever and for a Protective Order and/or to Quash Subpoena," the court <u>sua sponte</u> stays enforcement of the subpoenas issued by plaintiff, Malibu Media, LLC, dated March 28, 2012, addressed to Optimum Online and Verizon Internet Services and returnable May 12, 2012.

      Plaintiff's counsel shall serve a copy of this order on Optimum Online and Verizon Internet Services by email and by fax immediately upon receipt and file a certificate of service with the court.

**SO ORDERED:**

Dated: Central Islip, New York
       May 10, 2012

                                                       /s/ E. Thomas Boyle
                                                       E. THOMAS BOYLE
                                                       United States Magistrate Judge