UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
MALIBU MEDIA, LLC,

                      Plaintiff(s),                ORDER

     -against-                            CV 12-1156 (JFB) (ETB)

JOHN DOES 1-13,

                      Defendant(s).
----------------------------------------------------------------------X

      Plaintiff shall effect service of its Memorandum in Opposition to John Doe's motion by regular mail upon John Doe (Occupant) at 5001 W. 56th Street, New York, NY 10019.

**SO ORDERED:**

Dated: Central Islip, New York
       May 21, 2012

                                                                  /s/ E. Thomas Boyle
                                                                  E. THOMAS BOYLE
                                                                  United States Magistrate Judge