UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
MALIBU MEDIA, LLC,

                              Plaintiff(s),                    <u>ORDER</u>

              -against-                       CV 12-1156 (JFB) (ETB)

JOHN DOES 1-13,

                             Defendant(s).
-----------------------------------------------------------------------X

        All information with respect to the six (6) potential defendants received by the plaintiff and/or its client on May 7, 2012 shall be filed with the court, under seal, pending the further order of the court, as noted below.  Plaintiff and/or its client shall retain no copies of same. Plaintiff's request to serve any of these six (6) defendants with a copy of the complaint is denied, without prejudice to renewal, pending a decision by this court on the pending Motion to Dismiss/Sever and for a Protective Order and/or to Quash Subpoena, anonymously filed by John Doe, <u>pro se</u>, and served on April 23, 2012.

**SO ORDERED:**

Dated: Central Islip, New York
      May 21, 2012

                                 /s/ E. Thomas Boyle
                                 E. THOMAS BOYLE
                                 United States Magistrate Judge