UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MALIBU MEDIA, LLC, | ) |
|     Plaintiff, | ) Civil Case No. 2:12-cv-01156-JFB-ETB |
| v. | ) |
| JOHN DOES 1-13, | ) |
|     Defendants. | ) |

## NOTICE OF LIMITED APPEARANCE OF COUNSEL

TO THE COURT, TO ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that M. Keith Lipscomb, Esq., of Lipscomb, Eisenberg & Baker, PL, 2 S. Biscayne Blvd., Penthouse 3800, Miami, FL 33131, hereby enters an appearance in the above-captioned matter on behalf of Malibu Media, LLC, for the sole purpose of representing Plaintiff at the hearing scheduled for this Friday, June 1, 2012 at 9:00 am.

Dated: May 30, 2012

Respectfully submitted,

By: /s/ *M. Keith Lipscomb*
Michael Keith Lipscomb, *Pro Hac Vice*
klipscomb@lebfirm.com
LIPSCOMB, EISENBERG & BAKER, PL
2 S. Biscayne Blvd., Penthouse 3800
Miami, FL 33131
Telephone: (786) 431-2228
Facsimile: (786) 431-2229
*Attorney for Plaintiff*