UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
MALIBU MEDIA, LLC,

                     Plaintiff,                               <u>ORDER TO SHOW CAUSE</u>

  -against-                                                       CV 12-1156 (JFB)(ETB)

JOHN DOES 1-13,

                     Defendants.
------------------------------------------------------------------------X

      Without any opposition to plaintiff's motion dated August 27, 2012, Cablevision is directed to show cause, in writing, why it should not be help in contempt of court for failure to comply with plaintiff's Rule 45 subpoena served on April 10, 2012.

      Cablevision's written response and supporting memorandum of law shall be filed on or before September 28, 2012. Plaintiff's reply, if any, shall be filed by October 5, 2012. Oral argument shall be heard on October 10, 2012 at 11:00 a.m. in Courtroom 830, Alfonse M. D'Amato U.S. Courthouse, Central Islip, New York.

      Plaintiff's counsel is directed to personally serve a copy of this Order on Cablevision upon receipt.

**SO ORDERED:**

Dated: Central Islip, New York
       September 14, 2012

                                                             /s/ E. Thomas Boyle
                                                             E. THOMAS BOYLE
                                                             United States Magistrate Judge