UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

```
-----------------------------------------------------------------X
                                                                 :
MALIBU MEDIA, LLC,                                               :
                                                                 :   Civil Action No. 12-cv-01156-JFB-ETB
                                        Plaintiff,               :
                                                                 :
                        vs.                                      :
                                                                 :
JOHN DOES 1-13,                                                  :
                                                                 :
                                        Defendants.              :
                                                                 :
-----------------------------------------------------------------X
```

## PLAINTIFF'S RESPONSE TO DEFENDANT'S RESPONSE TO SHOW CAUSE

Plaintiff, upon reviewing Cablevision's response to the Court's Order to Show Cause, does not believe contempt or sanctions are warranted against Cablevision. Plaintiff did not intend to cause any additional burden to Cablevision, it simply did not think Cablevision would comply with the Court's order.

Plaintiff contacted Cablevision's legal department twice via telephone[1] notifying them of the Court's order. Each time, undersigned was advised that Cablevision would not respond without the language of the Cable Act expressly included. That being said, whether any miscommunication or error occurred, Plaintiff understands that Cablevision intends to comply and seeks no further penalties or burden against the company.

For the foregoing reasons, Plaintiff respectfully requests that the Court not enter any further penalites against Cablevision.

Dated: October 5, 2012

---

[1] Cablevision has informed Plaintiff that it does not communicate via email.

1

Respectfully submitted,

By: /s/*Jason Kotzker*
Jason Kotzker
NY Bar No. 4286829
jason@klgip.com
KOTZKER LAW GROUP
9609 S. University Blvd. #632134
Highlands Ranch, CO 80163
Phone: 303-875-5386
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on October 5, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ *Jason Kotzker*