

## KOTZKER LAW GROUP

TRADEMARK • COPYRIGHT • INTERNET LAW

**DIRECT E-MAIL:**
JASON@KLGIP.COM

**WEBSIITE:**
WWW.KLGIP.COM

October 9, 2012

The Honorable Judge E. Thomas Boyle
United States District Court
Eastern District of New York
United States District Court
100 Federal Plaza
Central Islip, New York 11722

      Re:    Malibu Media, LLC v. John Does 1-13;
              Case No. 1:12-cv-01156-JS-ETB

Dear Judge Boyle:

      The undersigned represents the Plaintiff, Malibu Media, LLC, in connection with the above-referenced matter.

      Counsel has conferred with counsel for CSC Holdings, LLC, Mr. Ken Dreifach, regarding the pending Motion to Compel and the Court's resulting Order to Show Cause, and have resolved the subpoena compliance issue. As such, we do not feel the hearing scheduled for tomorrow, October 10, 2012 at 11:00 am, is necessary.

      Please do not hesitate to have your judicial assistant contact me if I can provide the Court with any further information.

Very truly yours,

*/s/ signature*

KOTZKER LAW GROUP

cc: Ken Dreifach, Esq.

9609 S. University Blvd., #632134, Highlands Ranch, CO 80163
Phone: (303) 875-5386 • Info@KLGIP.com