UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
MALIBU MEDIA, LLC,

    Plaintiff,

– against –

JOHN DOES 1-13,

    Defendants.
----------------------------------------X

ORDER
12-CV-1156 (JFB)(ETB)

FILED
IN CLERK'S OFFICE
DISTRICT COURT E D N Y

★ FEB 20 2013 ★

LONG ISLAND OFFICE

JOSEPH F. BIANCO, District Judge:

For the reasons set forth on the record on February 15, 2013, (1) the motion to quash the subpoena is denied; (2) the motion for a protective order preventing plaintiff from obtaining further discovery as to Doe #5 is denied; (3) the motion for a protective order to prevent the public disclosure of Doe #5's name on the public docket is granted; and (4) the motion for severance is denied as moot. Therefore, any objections to the Report and Recommendation are moot.

SO ORDERED.

s/ Joseph F. Bianco

JOSEPH F. BIANCO
UNITED STATES DISTRICT JUDGE

Dated:     February 20, 2013
             Central Islip, New York